ACCEPTED
05-18-00622-cv
FIFTH COURT OF APPEALS
DALLAS, TEXAS
6/8/2018 11:03 AM
LISA MATZ
CLERK

Cause No. 05-18-00622-CV

| | | |
|---|---|---|
| ALLIANCE FAMILY OF COMPANIES, *et al.* | § § § | FILED IN<br>5th COURT OF APPEALS<br>DALLAS, TEXAS |
| | § | COURT OF APPEALS OF TEXAS<br>06/08/2018 11:03:01 AM |
| v. | § | LISA MATZ |
| | § | FIFTH DISTRICT Clerk |
| JAMISHA NEVAREZ | § § | |

## NOTICE OF ATTORNEY APPEARANCE

Matthew J. Kita enters this notice of appearance as counsel of record for

Appellee Jamisha Nevarez in this Case.

Respectfully submitted,

s/ Matthew J. Kita

MATTHEW J. KITA
Texas Bar No. 24050883
P.O. Box 5119
Dallas, Texas 75208
(214) 699-1863 (phone)
(214) 347-7221 (facsimile)
matt@mattkita.com

COUNSEL FOR APPELLEE

### CERTIFICATE OF SERVICE

On June 8, 2018, I served a copy of this document on the following counsel of record via e-filing in accordance with Texas Rule of Appellate Procedure 9:

*Counsel for Appellant*:

    Michael C. Kelsheimer (mkelsheimer@grayreed.com)
    Ruth Ann Daniels (rdaniels@grayreed.com)
    Marcus Fettinger (mfettinger@grayreed.com)
    Jim Moseley (jmoseley@grayreed.com)
    Dylan O. Drummond (ddrummond@grayreed.com)
    Gray Reed & McGraw LLP
    1601 Elm Street, Suite 4600
    Dallas, Texas 75201

                s/ Matthew J. Kita
                MATTHEW J. KITA